AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

---

**OFFENSE CHARGED**

36 C.F.R. § 1002.31(a)(1) - Trespass; 36 C.F.R. § 1002.31(a)(3) - Vandalism; 6 C.F.R. § 1002.32(a)(1) - Interfering with Agency Functions

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**

Not more than 6 months imprisonment, a $5,000 fine, and a $10 special assessment fee.

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ Ryan A. Baltodano, Ivonne M. Guerrero, Jose E. Santos

**DISTRICT COURT NUMBER**
CR 07 0692 MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---

**Name and Office of Person Furnishing Information on THIS FORM**

SCOTT N. SCHOOLS

☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** WENDY THOMAS

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 9/11/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: Title 36, Code of Federal Regulations, Section 1002.31(a)(1) – Trespass (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 1002.31(a)(3) – Vandalism (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 1002.32 (a)(1) – Interfering with Agency Functions |
| v. | |
| RYAN A. BALTODANO, IVONNE M. GUERRERO, and ULISES E. SANTOS, | |
| Defendants. | SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1002.31(a)(1) - Trespass

On or about September 11, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendants,

RYAN A. BALTODANO,
IVONNE M. GUERRERO, and
ULISES E. SANTOS,

were trespassing, entering or remaining in or upon property not open to the public without express invitation or consent of the person having lawful control of the property, in violation of Title 36, Code of Federal Regulations, Section 1002.31(a)(1), a Class B Misdemeanor.

INFORMATION

1  COUNT TWO: 36 C.F.R. § 1002.31(a)(3) - Vandalism

2  On or about September 11, 2007, in the Northern District of California, within the
3  boundaries of an area administered by the Presidio Trust, the defendant,

4  RYAN A. BALTODANO,

5  destroyed, injured, defaced, and damaged property, in violation of Title 36, Code of Federal
6  Regulations, Section 1002.31(a)(3), a Class B Misdemeanor.

7  COUNT THREE: 36 C.F.R. § 1002.32(a)(1) - Interfering With Agency Functions

8  On or about September 11, 2007, in the Northern District of California, within the
9  boundaries of an area administered by the Presidio Trust, the defendant,

10  ULISES E. SANTOS,

11  threatened, resisted, intimidated, or intentionally interfered with a government employee or
12  agent engaged in an official duty or on account of the performance of an official duty, in
13  violation of Title 36, Code of Federal Regulations, Section 1002.32(a)(1), a Class B
14  Misdemeanor.

16  DATED: 10/25/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

21  (Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION