**FILED**
FEB 14 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0692 MAG |
| Plaintiff(s), | NOTICE AND ORDER RESCHEDULING STATUS APPEARANCE |
| vs. | |
| RYAN BALTODANO, et al., | |
| Defendant(s). | |

TO ALL PARTIES:

PLEASE TAKE NOTICE that the Status Hearing scheduled for Ryan Baltodano, Ulises Santos and Ivonne Guerrero set before the **Hon. James Larson** is hereby **vacated**. The Status Hearing shall take place on **April 3, 2008 at 10:00 a.m. before the Hon. Maria-Elena James**, located at the Federal Building, 450 Golden Gate Avenue, Courtroom B on the 15th Floor.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated: February 14, 2008

MARIA-ELENA JAMES
United States Magistrate Judge