1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY M. THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6809
7      Fax: (415) 436-7234

8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0692 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER FOR CONTINUANCE** |
| RYAN A. BALTODANO, | ) | |
| IVONNE M. GUERRERO, and | ) | |
| ULISES E. SANTOS, | ) | |
| Defendants. | ) | |

19    With the agreement of counsel for both parties, the parties stipulate as follows:

20    1. The parties agree to continue the above referenced matter from April 3, 2008, at 10:00

21 a.m., to May 8, 2008, at 10:00 a.m., for Pretrial Services to complete its assessment of the above-

22 //
23 //
24 //
25 //
26 //
27 //
28 //

[Proposed] Stipulation and Order
CR 07-0692 MAG                           1

referenced defendants' eligibility for Pretrial Diversion. In the event all parties have entered into diversion agreements by May 8, 2008, the appearance will be vacated.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 4/3/08                                           /s/
WENDY M. THOMAS
Special Assistant United States Attorney

DATED: 4/3/08                                           /s/
ERIC HAIRSTON
Attorney for Mr. Santos

DATED: 4/8/08                                           /s/
ANTHONY BRASS
Attorney for Ms. Guerrero

DATED: 4/3/08                                           /s/
ERIK BABCOCK
Attorney for Mr. Baltodano

IT IS SO ORDERED.

DATED:_____          _____
MARIA ELENA JAMES
United States Magistrate Judge