MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: Acadia.Senese@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IVONNE GUERRERO,<br><br>    Defendant. | Case No. CR 07-0692 BZ<br><br>MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States Attorney for the Northern District of California hereby moves to dismiss the captioned Information against the defendant, Ivonne Guerrero, with prejudice; she successfully completed her pre-trial diversion program.

DATED: 3/2/2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
ACADIA L. SENESE
Special Assistant United States Attorney

DISMISSAL OF INFORMATION
Case No. CR 07-0692 BZ

1  Leave of court is granted to file the foregoing dismissal with prejudice.

2

3  DATED: 8 March '11

4  HON. BERNARD ZIMMERMAN
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL OF INFORMATION
Case No. CR 07-0692 BZ